B1 (Official Form 1)  (04/13)

| United States Bankruptcy Court<br>District of Colorado, Denver Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Beers, Stephen Joseph** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Beers, Cynthia Lee** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fods Beers Insulation Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fods Beers Insulation Inc.** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **3082** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **9277** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6940 Medicine Bow Ave<br>Fountain, CO**<br>ZIPCODE **80817-1316** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**6940 Medicine Bow Ave<br>Fountain, CO**<br>ZIPCODE **80817-1316** |
| County of Residence or of the Principal Place of Business:<br>**El Paso** | County of Residence or of the Principal Place of Business:<br>**El Paso** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter.)*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1 (Official Form 1) (04/13)                                                                                            Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Beers, Stephen Joseph & Beers, Cynthia Lee** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X **/s/ Robert J. Doig**                     **7/03/15**<br>  Signature of Attorney for Debtor(s)            Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B1 (Official Form 1) (04/13)                                                                                                      Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Beers, Stephen Joseph & Beers, Cynthia Lee** |

<center>

**Signatures**

</center>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** */s/ Stephen J. Beers*<br>Signature of Debtor                                  **Stephen J. Beers**<br>**X** */s/ Cynthia L. Beers*<br>Signature of Joint Debtor                         **Cynthia L. Beers**<br><br>Telephone Number (If not represented by attorney)<br><br>**July 3, 2015**<br>Date | **X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| **X** */s/ Robert J. Doig*<br>Signature of Attorney for Debtor(s)<br><br>**Robert J. Doig 27983**<br>**Robert James Doig, LLC**<br>**2985 Broadmoor Valley Rd Ste 4**<br>**Colorado Springs, CO  80906-4484**<br><br>**rjdoig@comcast.net**<br><br><br>**July 3, 2015**<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | **X** _____<br>Signature<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B7 (Official Form 7) (04/13)

## United States Bankruptcy Court
## District of Colorado, Denver Division

IN RE:                                          Case No. _____

**Beers, Stephen Joseph & Beers, Cynthia Lee**                Chapter **7** _____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None □  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE
   0.00   **2015 YTD Debtor's Employment Income - C & D Insulation**

   1,044.20   **2015 YTD Debtor's Employment Income - Beers Insulation**

   20,560.90   **2015 YTD Debtor's Business Income - Beers Insulation**

   20,565.00   **2014 Debtor's Employment Income**

   5,550.00   **2014 Spouse Employment Income**

   45,957.00   **2014 Debtor's Business Income - Beers Insulation**

   43,697.00   **2013 Debtor's Employment Income**

   35,752.00   **2013 Spouse Employment Income**

   55,647.37   **2013 Debtor's Business Income - Beers Insulation**

---

**2. Income other than from employment or operation of business**

None □  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE
   12,730.00   **2013 - Spouse's Unemployment Compensation**

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rigoberto Castro vs. Stephen Beers**<br>**Case no. 3788938** | **Workers Compensation** | **Pinnacol Assurance, Denver**<br>**Colorado** | **Work Compensation denied** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Goodwill**<br>**2304 W Colorado Ave**<br>**Colorado Springs, CO  80904-3327** | **Charity** | **11/12/2013** | **Clothes, housewares, etc -**<br>**$877.00** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert James Doig, LLC** | **04/2015** | **$3,888.00** |
| **2985 Broadmoor Valley Rd Ste 4** | | |
| **Colorado Springs, CO  80906-4484** | | |
| **Attorney's Fee: $3,500.00** | | |
| **Filing Fee: $335.00** | | |
| **Credit Report: $53.00** | | |
| **Direct Lending Client Services** | **03/2015** | **$333 and $165.25 Credit & Loan Assistance** |
| **121 N Walnut St Ste 500** | | |
| **West Chester, PA  19380-3117** | | |
| **001 Debtorcc, Inc.** | **04/03/2015** | **$9.95 - Credit Counseling** |
| **378 Summit Ave** | | |
| **Jersey City, NJ  07306-3110** | | |

---

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Rely Taxes & Accounting LLC** | | **1976 Truck $2300** |
| **Linda L Brousseau** | | **1999 Harley $8000** |
| **52 Widefield Blvd** | | |
| **Colorado Springs, CO  80911-2125** | | |
| **CPA** | | |
| **For personal loan/Collateral** | | |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TCF National Bank** | **Personal checking of Debtor #3350** | **$0.00 - 03/2015** |
| **8085 S Chester St** | | |
| **Centennial, CO  80112-3543** | | |
| **TCF National Bank** | **Personal checking account of Spouse #3351** | **$0.00 - 03/2014** |
| **8085 S Chester St** | | |
| **Centennial, CO  80112-3543** | | |
| **TCF National Bank** | **Money Market and operating account of Debtors #3842/3843** | **$0.00 - 07/25/2014** |
| **8085 S Chester St** | | |
| **Centennial, CO  80112-3543** | | |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Peoples Bank**　　　　　**Personal checking account #5458**　　　$0.00 - 05/22/2014
**5175 N Academy Blvd**
**Colorado Springs, CO  80918-4001**

**12. Safe deposit boxes**

None ☑   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑   List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| NAME | LAST FOUR DIGITS OF SOCIAL- SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Beers Insulation Inc.** | **27-3069349** | **6940 Medicine Bow Ave Fountain, CO  80817-1316** | **Insulation** | **04/2010 to present** |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Dodie L Ferante 3550 Conecrest Ln Colorado Springs, CO  80908-1301** | **08/2012 - 10/26/2014 Book keeping** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Rely Taxes and Accounting 52 Widefield Blvd Colorado Springs, CO  80911-2125** | **02/2012 - 10/26/2014** |

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **July 3, 2015**　　　　　　Signature  ***/s/ Stephen J. Beers***
　　　　　　　　　　　　　　　　of Debtor　　　　　　　　　　　　　　　　**Stephen J. Beers**

Date: **July 3, 2015**　　　　　　Signature  ***/s/ Cynthia L. Beers***
　　　　　　　　　　　　　　　　of Joint Debtor　　　　　　　　　　　　**Cynthia L. Beers**
　　　　　　　　　　　　　　　　(if any)

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of Colorado, Denver Division

IN RE:                                                                    Case No. _____

**Beers, Stephen Joseph & Beers, Cynthia Lee** _____    Chapter **7** _____
<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 153,701.00 | | |
| B - Personal Property | Yes | 3 | $ 35,135.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 174,938.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 9,897.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 352,572.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 3,690.53 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 5,248.89 |
| TOTAL | | 22 | $ 188,836.00 | $ 537,407.99 | |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B 6 Summary (Official Form 6 - Summary) (12/14)

## United States Bankruptcy Court
## District of Colorado, Denver Division

IN RE:                                                         Case No. _____

Beers, Stephen Joseph & Beers, Cynthia Lee                     Chapter **7** _____
_____
Debtor(s)

### STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 9,897.40 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 122,231.07 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **132,128.47** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | 3,690.53 |
| Average Expenses (from Schedule J, Line 22) | $ | 5,248.89 |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ | 2,005.92 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 11,885.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 9,897.40 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 352,572.59 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 364,457.59 |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**B6A (Official Form 6A) (12/07)**

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee                                   Case No. _____
_____
Debtor(s)                                                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **6940 Medicine Bow Ave, Fountain, CO 80817-1316** <br> **Single Family Residence** <br> **Value derived from El Paso County Assessor** <br> **LOT 4 BLK 2 FOUNTAIN COUNTRY CLUB HEIGHTS EAST FIL NO 1 FOUNTAIN** | **Fee Simple** | **J** | **153,701.00** | **138,715.00** |
| | | **TOTAL** | **153,701.00** | |

(Report also on Summary of Schedules)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**B6B (Official Form 6B) (12/07)**

IN RE <u>Beers, Stephen Joseph & Beers, Cynthia Lee</u>                    Case No. _____
<div style="text-align:center">Debtor(s)                                                            (If known)</div>

<div style="text-align:center">

## SCHEDULE B - PERSONAL PROPERTY

</div>

   Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

<div style="writing-mode:vertical-rl; text-orientation:mixed">© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand. | | **Cash on Hand** | J | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking account at Mountain View Bank #6253** | J | 205.00 |
| | | **Checking & Savings account at ENT Federal Credit Union #2663** | J | 70.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Range/Oven, Dishwasher, Microwave, Refrigerator, Freezer, Kitchenware, Armoire, Washer/Dryer, Lamps, Mirrors, Clocks, Living Room Furniture, Recliner, Televisions, CD/DVD Player, Speakers, Beds, Nightstands, Musical Instruments, Computer, Printer, Copier, Desk/Office Furniture, Lawnmower, Yard/Caprenter/Mechanic Tools & Equipment, and Misc. Household Goods** | J | 3,700.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, Stamps, Antiques, Collectibles, Music, Movies** | J | 775.00 |
| 6.  Wearing apparel. | | **Miscellaneous Items of Wearing Apparel, including shoes, hats, etc.** | J | 350.00 |
| 7.  Furs and jewelry. | | **Wedding Rings, Engagement Rings, Costume Jewelry** | J | 700.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Photographic Equipment, Fishing Equipment, Bicycles, Firearms (22 Cal, 38 Cal, 45 Cal)** | J | 470.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

**B6B (Official Form 6B) (12/07) – Cont.**

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee** _____ Case No. _____
<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **51% Stock ownership of Beers Insulation Inc.** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim for personal injuries resulting from an assault** | W | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1976 Chevrolet C20 PU 2dr 97000 Mileage in Poor Condition** | J | 2,300.00 |
| | | **1999 Harley Electraglide 40000 Mileage** | J | 5,000.00 |
| | | **2006 PONTIAC Grand Prix-V6 Sedan 4D 135000 Mileage in Fair Condition** | J | 3,669.00 |
| | | **2008 FORD TRUCK F150 Pickup-V8 Regular Cab FX2 2WD 155560 Mileage in Fair Condition** | H | 3,760.00 |
| | | **2010 GMC LIGHT DUTY Sierra 1500 Pickup-V8 Crew Cab SL 2WD** | J | 14,116.00 |

**B6B (Official Form 6B) (12/07) – Cont.**

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee _____  Case No. _____
                                    Debtor(s)                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **45000 Mileage in Fair Condition** | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **35,135.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**B6C (Official Form 6C) (04/13)**

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee _____ Case No. _____

<div align="center">Debtor(s)                                   (If known)</div>

<div align="center">

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

</div>

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **6940 Medicine Bow Ave, Fountain, CO 80817-1316**<br>**Single Family Residence**<br>**Value derived from El Paso County Assessor**<br>**LOT 4 BLK 2 FOUNTAIN COUNTRY CLUB HEIGHTS EAST FIL NO 1 FOUNTAIN** | **Colo. Rev. Stat. §§ 38-41-201(a), 38-41-201.6, 38-41-202** | **75,000.00** | **153,701.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** | **75%** | **20.00** |
| **Checking & Savings account at ENT Federal Credit Union #2663** | **Colo. Rev. Stat. §§ 13-54-104(2)(A), 5-5-105, 5-5-106** | **75%** | **70.00** |
| **Range/Oven, Dishwasher, Microwave, Refrigerator, Freezer, Kitchenware, Armoire, Washer/Dryer, Lamps, Mirrors, Clocks, Living Room Furniture, Recliner, Televisions, CD/DVD Player, Speakers, Beds, Nightstands, Musical Instruments, Computer, Printer, Copier, Desk/Office Furniture, Lawnmower, Yard/Caprenter/Mechanic Tools & Equipment, and Misc. Household Goods** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **3,700.00** | **3,700.00** |
| **Books, Pictures, Stamps, Antiques, Collectibles, Music, Movies** | **Colo. Rev. Stat. § 13-54-102(1)(c)** | **775.00** | **775.00** |
| **Miscellaneous Items of Wearing Apparel, including shoes, hats, etc.** | **Colo. Rev. Stat. § 13-54-102(1)(a)** | **350.00** | **350.00** |
| **Wedding Rings, Engagement Rings, Costume Jewelry** | **Colo. Rev. Stat. § 13-54-102(1)(b)** | **700.00** | **700.00** |
| **Photographic Equipment, Fishing Equipment, Bicycles, Firearms (22 Cal, 38 Cal, 45 Cal)** | **Colo. Rev. Stat. § 13-54-102(1)(e)** | **100.00** | **470.00** |
| **Claim for personal injuries resulting from an assault** | **Colo. Rev. Stat. § 13-54-102(1)(n)** | **100%** | **Unknown** |
| **1976 Chevrolet C20 PU 2dr**<br>**97000 Mileage in Poor Condition** | **Colo. Rev. Stat. § 13-54-102(1)(j)(I)** | **2,300.00** | **2,300.00** |
| **1999 Harley Electraglide**<br>**40000 Mileage** | **Colo. Rev. Stat. § 13-54-102(1)(j)(I)** | **5,000.00** | **5,000.00** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**B6D (Official Form 6D) (12/07)**

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee _____ Case No. _____
                               Debtor(s)                                 (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6100**<br>**Amerifirst Home Improvement Financial**<br>**11171 Mill Valley Rd**<br>**Omaha, NE  68154-3933** | | J | **Mortgage account**<br>**2006-07-01**<br><br>VALUE $ **153,701.00** | | | | 2,188.00 | |
| ACCOUNT NO.<br>**Amerifirst Home Improvement Finance**<br>**11171 Mill Valley Rd**<br>**Omaha, NE  68154-3933** | | | **Assignee or other notification for:**<br>**Amerifirst Home Improvement Financial**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **0001**<br>**Public Service Company**<br>**7055 E Evans Ave**<br>**Denver, CO  80224-2403** | | J | **Installment account**<br>**2011-11-01**<br><br>VALUE $ **3,669.00** | | | | 5,759.00 | 2,090.00 |
| ACCOUNT NO.<br>**Rely Taxes and Accounting**<br>**Linda Brousseau**<br>**52 Widefield Blvd**<br>**Colorado Springs, CO  80911-2125** | | J | **Personal Loan/Collateral**<br><br>VALUE $ **5,000.00** | | | | 8,000.00 | 3,000.00 |

_____**1** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **15,947.00** | $ **5,090.00** |
| Total<br>(Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**B6D (Official Form 6D) (12/07)** Cont.

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee _____ Case No. _____

|  | Debtor(s) | | | | | (If known) |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Rely Taxes and Accounting**<br>**Linda Brousseau**<br>**52 Widefield Blvd**<br>**Colorado Springs, CO  80911-2125** | J | | VALUE $ **2,300.00** | | | | **2,300.00** | |
| ACCOUNT NO. **8020**<br><br>**Security Service Fcu**<br>**16211 La Cantera Pkwy**<br>**San Antonio, TX  78256-2419** | | H | **Installment account**<br>**2010-09-01**<br><br><br>VALUE $ **3,760.00** | | | | **10,555.00** | **6,795.00** |
| ACCOUNT NO.<br><br>**Security Service-Ins**<br>**PO Box 691510**<br>**San Antonio, TX  78269-1510** | | | **Assignee or other notification for:**<br>**Security Service Fcu**<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO. **8660**<br><br>**Td Auto Finance**<br>**PO Box 9223**<br>**Farmington Hills, MI  48333-9223** | | J | **Installment account**<br>**2011-10-01**<br><br><br>VALUE $ **14,116.00** | | | | **9,609.00** | |
| ACCOUNT NO. **8633**<br><br>**US Bank Home Mortgage**<br>**4801 Frederica St**<br>**Owensboro, KY  42301-7441** | | J | **Mortgage account**<br>**2012-11-01**<br><br><br>VALUE $ **153,701.00** | | | | **136,527.00** | |
| ACCOUNT NO.<br><br><br><br> | | | VALUE $ | | | | | |

| | | |
|---|---|---|
| Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to<br>Schedule of Creditors Holding Secured Claims | Subtotal<br>(Total of this page) | $ **158,991.00** $ **6,795.00** |
| | Total<br>(Use only on last page) | $ **174,938.00** $ **11,885.00** |
| | | (Report also on<br>Summary of<br>Schedules.)   (If applicable, report<br>also on Statistical<br>Summary of Certain<br>Liabilities and Related<br>Data.) |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6E (Official Form 6E) (04/13)

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee _____ Case No. _____
<div style="text-align:center">Debtor(s)                                                      (If known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6E (Official Form 6E) (04/13) - Cont.

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee                     Case No. _____
_____
Debtor(s)                                                                                        (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Colorado Department of Revenue**<br>**1375 Sherman St Rm 101**<br>**Denver, CO  80261-3000** | | J | 2013-2014 State Taxes | | | | **7,047.93** | **7,047.93** | |
| ACCOUNT NO.<br>**Internal Revenue Service**<br>**PO Box 7704**<br>**San Francisco, CA  94120-7704** | | J | 2013 Federal Taxes | | | | **2,849.47** | **2,849.47** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Totals of this page) | $ **9,897.40** | $ **9,897.40** | $ |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **9,897.40** | | |
| | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **9,897.40** | $ |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**B6F (Official Form 6F) (12/07)**

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee _____ Case No. _____
                           Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1009**<br><br>**American Express**<br>**PO Box 650448**<br>**Dallas, TX  75265-0448** | | H | **Credit Card** | | | | **1,998.77** |
| ACCOUNT NO. **9680**<br><br>**Bay Industries Inc.**<br>**PO Box 9229**<br>**Green Bay, WI  54308-9229** | | H | **Charge Account**<br>**2015-03-16** | | | | **63,385.28** |
| ACCOUNT NO. **6148**<br><br>**Capital One Bank USA NA**<br>**15000 Capital One Dr**<br>**Richmond, VA  23238-1119** | | H | **Revolving account**<br>**2004-11-01** | | | | **7,035.00** |
| ACCOUNT NO.<br><br>**Capital One**<br>**Attn: Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | | | **Assignee or other notification for:**<br>**Capital One Bank USA NA** | | | | |

___**5**___ continuation sheets attached

| | Subtotal<br>(Total of this page) | $ | **72,419.05** |
|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee** _____  Case No. _____
Debtor(s) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1642** <br><br> **Capital One Bank USA NA** <br> **15000 Capital One Dr** <br> **Richmond, VA  23238-1119** | | H | **Revolving account** <br> **2011-05-01** | | | | 1,153.00 |
| ACCOUNT NO. <br><br> **Capital One** <br> **Attn: Bankruptcy** <br> **PO Box 30285** <br> **Salt Lake City, UT  84130-0285** | | | **Assignee or other notification for:** <br> **Capital One Bank USA NA** | | | | |
| ACCOUNT NO. <br><br> **Catherine Fry** <br> **Colorado Springs, CO  80913** | | J | **Personal Loan** | | | | 3,000.00 |
| ACCOUNT NO. **6485** <br><br> **Chase/Amazon** <br> **PO Box 15298** <br> **Wilmington, DE  19850-5298** | | W | **Credit Card** | | | | 0.00 |
| ACCOUNT NO. **6986** <br><br> **Comenity Bank/Pier 1** <br> **4590 E Broad St** <br> **Columbus, OH  43213-1301** | | W | **Revolving account** <br> **2013-12-01** | | | | 255.00 |
| ACCOUNT NO. <br><br> **Pier 1 Imports** <br> **Customer Service** <br> **PO Box 182273** <br> **Columbus, OH  43218-2273** | | | **Assignee or other notification for:** <br> **Comenity Bank/Pier 1** | | | | |
| ACCOUNT NO. **8425** <br><br> **E.J. Bartell's** <br> **PO Box 954** <br> **Spokane, WA  99210-0954** | | J | **Charge Account** | | | | 22,336.88 |

Sheet no. ___**1**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | $ | 26,744.88 |
|---|---|---|---|
| | Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) – Cont.

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee                Case No. _____
_____                           _____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>E.J. Bartell's<br>700 Powell Ave SW<br>Renton, WA  98057-2911 | | | Assignee or other notification for:<br>E.J. Bartell's | | | | |
| ACCOUNT NO. 4845<br>Elan Financial Service<br>777 E Wisconsin Ave<br>Milwaukee, WI  53202-5300 | | W | Revolving account<br>2011-05-01 | | | | 3,812.00 |
| ACCOUNT NO.<br>Ent Federal Credit Union<br>PO Box 6354<br>Fargo, ND  58125-6354 | | | Assignee or other notification for:<br>Elan Financial Service | | | | |
| ACCOUNT NO. 0500<br>Ent Federal Credit Uni<br>PO Box 15819<br>Colorado Springs, CO  80935-5819 | | J | Revolving account<br>2007-03-01 | | | | 1,750.00 |
| ACCOUNT NO. 0005<br>Fed Loan Services<br>PO Box 60610<br>Harrisburg, PA  17106-0610 | | W | Installment account<br>2012-07-01 | | | | 33,839.00 |
| ACCOUNT NO. 0002<br>Fed Loan Services<br>PO Box 60610<br>Harrisburg, PA  17106-0610 | | W | Installment account<br>2008-11-01 | | | | 23,529.00 |
| ACCOUNT NO.<br>Fed Loan-US Dept Education<br>PO Box 69184<br>Harrisburg, PA  17106-9184 | | | Assignee or other notification for:<br>Fed Loan Services | | | | |

Sheet no. **2** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **62,930.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

**B6F (Official Form 6F) (12/07) – Cont.**

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee** _____ Case No. _____
<br>                                   Debtor(s)                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0003**<br>**Fed Loan Services**<br>**PO Box 60610**<br>**Harrisburg, PA 17106-0610** | | W | **Installment account**<br>**2009-10-01** | | | | **9,429.00** |
| ACCOUNT NO. **0006**<br>**Fed Loan Services**<br>**PO Box 60610**<br>**Harrisburg, PA 17106-0610** | | W | **Installment account**<br>**2012-07-01** | | | | **8,117.00** |
| ACCOUNT NO. **0004**<br>**Fed Loan Services**<br>**PO Box 60610**<br>**Harrisburg, PA 17106-0610** | | W | **Installment account**<br>**2012-07-01** | | | | **6,579.00** |
| ACCOUNT NO. **0001**<br>**Fed Loan Services**<br>**PO Box 60610**<br>**Harrisburg, PA 17106-0610** | | W | **Installment account**<br>**2008-11-01** | | | | **4,369.00** |
| ACCOUNT NO. **0008**<br>**Fed Loan Services**<br>**PO Box 60610**<br>**Harrisburg, PA 17106-0610** | | W | **Installment account**<br>**2012-07-01** | | | | **3,942.00** |
| ACCOUNT NO. **0007**<br>**Fed Loan Services**<br>**PO Box 60610**<br>**Harrisburg, PA 17106-0610** | | W | **Installment account**<br>**2012-07-01** | | | | **3,105.00** |
| ACCOUNT NO. **3000**<br>**HD Supply White Cap**<br>**501 W Church St**<br>**Orlando, FL 32805-2247** | | H | **Charge Account**<br>**2014-01-02** | | | | **22,336.88** |

Sheet no. ___**3**___ of ___**5**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **57,877.88**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Beers, Stephen Joseph & Beers, Cynthia Lee__    Case No. _____
                        Debtor(s)                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **HD Supply White Cap** <br> PO Box 4852 <br> Orlando, FL  32802-4852 | | | Assignee or other notification for: <br> **HD Supply White Cap** | | | | |
| ACCOUNT NO. **0359** <br> **MacArthur Co** <br> 2400 Wycliff St <br> Saint Paul, MN  55114-1220 | | H | Settlement for Invoices | | | | **77,174.38** |
| ACCOUNT NO. <br> **MacArthur Co** <br> PO Box 1450 <br> Minneapolis, MN  55485-1450 | | | Assignee or other notification for: <br> **MacArthur Co** | | | | |
| ACCOUNT NO. <br> **Tucker, Albin & Associates, Inc.** <br> 1702 N Collins Blvd Ste 100 <br> Richardson, TX  75080-3662 | | | Assignee or other notification for: <br> **MacArthur Co** | | | | |
| ACCOUNT NO. **0620** <br> **Navient** <br> PO Box 9655 <br> Wilkes Barre, PA  18773-9655 | | H | Installment account <br> 2007-06-01 | | | | **9,170.00** |
| ACCOUNT NO. **5370** <br> **Navient** <br> PO Box 9655 <br> Wilkes Barre, PA  18773-9655 | | J | Installment account <br> 2006-10-01 | | | | **7,785.00** |
| ACCOUNT NO. **1641** <br> **Navient (Sallie Mae)** <br> PO Box 9500 <br> Wilkes Barre, PA  18773-9500 | | J | Student Loan | | | | **12,367.07** |

Sheet no. __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **106,496.45**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee**                     Case No. _____
_____                                        
Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1635**<br>**Sunstate Equipment Co**<br>**PO Box 52581**<br>**Phoenix, AZ  85072-2581** | | H | **Charge Account** | | | | 7,344.45 |
| ACCOUNT NO. **9281**<br>**Superior Plus Construction Products Corp**<br>**6300 E 39th Ave**<br>**Denver, CO  80207-1333** | | J | **Charge Account**<br>04/2010 | | | | 12,278.88 |
| ACCOUNT NO. **7373**<br>**Synchrony Bank/Care Credit**<br>**C/o**<br>**PO Box 965036**<br>**Orlando, FL  32896-5036** | | W | **Revolving account**<br>2011-10-01 | | | | 3,709.00 |
| ACCOUNT NO.<br>**Gecrb/Care Credit**<br>**Attn: bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA  30076-9104** | | | **Assignee or other notification for:**<br>Synchrony Bank/Care Credit | | | | |
| ACCOUNT NO.<br>**Care Credit/GE Capital Retail Bank**<br>**PO Box 965033**<br>**Orlando, FL  32896-5033** | | | **Assignee or other notification for:**<br>Synchrony Bank/Care Credit | | | | |
| ACCOUNT NO. **0655**<br>**US Bank**<br>**4325 17th Ave S**<br>**Fargo, ND  58125-6200** | | J | **Revolving account**<br>2011-04-01 | | | | 2,772.00 |
| ACCOUNT NO.<br>**US Bank**<br>**Card Member Services**<br>**PO Box 6335**<br>**Fargo, ND  58125-6335** | | | **Assignee or other notification for:**<br>US Bank | | | | |

Sheet no. **5** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 26,104.33

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 352,572.59

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**B6G (Official Form 6G) (12/07)**

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee _____   Case No. _____
_____
Debtor(s)                                          (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Fastest**<br>**PO Box 20843**<br>**Wichita, KS  67208-6843** | **Business software services** |
| **Verizon**<br>**PO Box 660108**<br>**Dallas, TX  75266-0108** | **Cellphone service** |
| **CenturyLink**<br>**PO Box 29040**<br>**Phoenix, AZ  85038-9040** | **Internet and telephone service** |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6H (Official Form 6H) (12/07)

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee** _____ Case No. _____
                                            Debtor(s)                                                                        (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Fill in this information to identify your case:**

Debtor 1    **Stephen Joseph Beers**
           First Name           Middle Name          Last Name

Debtor 2    **Cynthia Lee Beers**
(Spouse, if filing)   First Name           Middle Name          Last Name

United States Bankruptcy Court for the: District of Colorado, Denver Division

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form 6I
# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | Mechanical Insulator | |
| Employer's name | C & D Insulation Inc. | |
| Employer's address | 333 Perry St Ste 210<br>Number   Street | Number   Street |
| | Castle Rock, CO  80104-2434<br>City      State   ZIP Code | City      State   ZIP Code |
| How long employed there? | 1 months | _____ |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $ **4,333.33** | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3.   + $_____ | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4.   $ **4,333.33** | $_____ |

Debtor 1    **Stephen Joseph Beers**
First Name    Middle Name    Last Name          Case number *(if known)*_____

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Copy line 4 here ........................................................ ➔ | 4. | $ 4,333.33 | $_____ |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 768.47 | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____ | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____ | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. **Insurance** | 5e. | $_____ | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. **Union dues** | 5g. | $_____ | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $_____ | + $_____ |

| | | | |
|---|---|---|---|
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $ 642.80 | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 3,690.53 | $_____ |

8. **List all other income regularly received:**

| | | | |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $_____ | $_____ |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d. **Unemployment compensation** | 8d. | $_____ | $_____ |
| 8e. **Social Security** | 8e. | $_____ | $_____ |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: _____ | 8f. | $_____ | $_____ |
| 8g. **Pension or retirement income** | 8g. | $_____ | $_____ |
| 8h. **Other monthly income.** Specify: _____ | 8h. | + $_____ | + $_____ |

| | | | | | |
|---|---|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 | | |
| 10. **Calculate monthly income.** Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 3,690.53 | + $ 0.00 | = | $ 3,690.53 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____        11. + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies    12.    $ 3,690.53

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:    None

**Fill in this information to identify your case:**

Debtor 1    **Stephen Joseph Beers**
             First Name          Middle Name          Last Name

Debtor 2    **Cynthia Lee Beers**
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Colorado, Denver Division

Case number _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM  /  DD  /  YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☑ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent..........................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |
   | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  |  | **Your expenses** |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ __977.39__ |
|  | If not included in line 4: |  |
| 4a. | Real estate taxes | 4a. $_____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $_____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ __125.00__ |
| 4d. | Homeowner's association or condominium dues | 4d. $_____ |

Debtor 1   **Stephen Joseph Beers**_____ _____ _____   Case number (*if known*)_____ ____ ___ ____ _____
First Name        Middle Name        Last Name

| | Your expenses |
|---|---|

5.  **Additional mortgage payments for your residence**, such as home equity loans   5.   $_____134.50_____

6.  **Utilities:**

   6a.   Electricity, heat, natural gas   6a.   $_____230.00_____

   6b.   Water, sewer, garbage collection   6b.   $_____92.00_____

   6c.   Telephone, cell phone, Internet, satellite, and cable services   6c.   $_____281.00_____

   6d.   Other. Specify:_____   6d.   $_____

7.  **Food and housekeeping supplies**   7.   $_____300.00_____

8.  **Childcare and children's education costs**   8.   $_____

9.  **Clothing, laundry, and dry cleaning**   9.   $_____50.00_____

10.  **Personal care products and services**   10.   $_____50.00_____

11.  **Medical and dental expenses**   11.   $_____300.00_____

12.  **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.   12.   $_____550.00_____

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**   13.   $_____

14.  **Charitable contributions and religious donations**   14.   $_____

15.  **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance   15a.   $_____

   15b.   Health insurance   15b.   $_____749.00_____

   15c.   Vehicle insurance   15c.   $_____170.00_____

   15d.   Other insurance. Specify: **1999 HD**_____   15d.   $_____20.00_____

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16.   $_____

17.  **Installment or lease payments:**

   17a.   Car payments for Vehicle 1   17a.   $_____450.00_____

   17b.   Car payments for Vehicle 2   17b.   $_____520.00_____

   17c.   Other. Specify:  **Student Loan**_____   17c.   $_____250.00_____

   17d.   Other. Specify:_____   17d.   $_____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**   18.   $_____

19.  **Other payments you make to support others who do not live with you.**
Specify:_____   19.   $_____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.   Mortgages on other property   20a.   $_____

   20b.   Real estate taxes   20b.   $_____

   20c.   Property, homeowner's, or renter's insurance   20c.   $_____

   20d.   Maintenance, repair, and upkeep expenses   20d.   $_____

   20e.   Homeowner's association or condominium dues   20e.   $_____

Debtor 1    **Stephen Joseph Beers**
First Name        Middle Name        Last Name

Case number (*if known*)_____

21.  **Other**. Specify: _____    21.    +$_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.

     22.    $    **5,248.89**

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.    $    **3,690.53**

     23b.  Copy your monthly expenses from line 22 above.    23b.    – $    **5,248.89**

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*    23c.    $    **-1,558.36**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ☐ Yes.    **None**

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Beers, Stephen Joseph & Beers, Cynthia Lee _____ Case No. _____
<div align="center">Debtor(s)                    (If known)</div>

<div align="center">

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

</div>

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 24 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **July 3, 2015** _____ Signature: **/s/ Stephen J. Beers** _____
<div align="right">Stephen J. Beers              Debtor</div>

Date: **July 3, 2015** _____ Signature: **/s/ Cynthia L. Beers** _____
<div align="right">Cynthia L. Beers          (Joint Debtor, if any)</div>
<div align="right">[If joint case, both spouses must sign.]</div>

---

<div align="center">DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)</div>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

<div align="center">DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP</div>

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____ Signature: _____
<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

<div align="center">*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*</div>

<div align="center">*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.</div>

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**PERSONAL AND CHECK INFORMATION**

STEPHEN BEERS
6940 MEDICINE BOW AVE
FOUNTAIN, CO 80817

Soc Sec #: XXX-XX-XXXX    Employee ID: BEST
Hire Date: 03/23/15
Status:
Filing Status:
Federal: Married, 3
State: CO, Married, 3
Dept: 1000

Pay Period: 04/06/15 to 04/12/15
Check Date: 04/17/15    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 3108 | 851.66 | 2218.24 |
| **Net Pay** | **851.66** | **2218.24** |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 40.00 | 25.0000 | 1000.00 | 101.25 | 2531.25 |
| *HOURS WORKED* | 40.00 | | | 101.25 | |
| *ADJ EARNINGS* | | | 1000.00 | | 2531.25 |
| *GROSS EARNINGS* | 40.00 | | 1000.00 | 101.25 | 2531.25 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TRAVEL REIMUBUR | -29.00 | -99.00 |
| *TOTAL* | -29.00 | -99.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 72.84 | 156.37 |
| OASDI | 62.00 | 156.94 |
| MEDICARE | 14.50 | 36.70 |
| STATE W/H CO | 28.00 | 62.00 |
| *TOTAL* | 177.34 | 412.01 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 851.66 | 2218.24 |

*Payrolls by Paychex, Inc.*

**0465-E269** BARKWOOD ▪ 333 PERRY ST SUITE 210 ▪ CASTLE ROCK CO 80104 ▪

**PERSONAL AND CHECK INFORMATION**

STEPHEN BEERS
6940 MEDICINE BOW AVE
FOUNTAIN, CO 80817

Soc Sec #: XXX-XX-XXXX   Employee ID: BEST
Hire Date: 03/23/15
Status:
Filing Status:
Federal: Married, 3
State: CO, Married, 3
Dept: 1000

Pay Period: 04/13/15 to 04/19/15
Check Date: 04/24/15   Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 3108 | 822.66 | 3040.90 |
| Net Pay | 822.66 | 3040.90 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 40.00 | 25.0000 | 1000.00 | 141.25 | 3531.25 |
| HOURS WORKED | 40.00 | | | 141.25 | |
| ADJ EARNINGS | | | 1000.00 | | 3531.25 |
| GROSS EARNINGS | 40.00 | | 1000.00 | 141.25 | 3531.25 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TRAVEL REIMUBUR | | -99.00 |
| TOTAL | 0.00 | -99.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 72.84 | 229.21 |
| OASDI | 62.00 | 218.94 |
| MEDICARE | 14.50 | 51.20 |
| STATE W/H CO | 28.00 | 90.00 |
| TOTAL | 177.34 | 589.35 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 822.66 | 3040.90 |

*Payrolls by Paychex, Inc.*

**0465-E269** BARKWOOD ▪ 333 PERRY ST SUITE 210 ▪ CASTLE ROCK CO 80104 ▪

**PERSONAL AND CHECK INFORMATION**

STEPHEN BEERS
6940 MEDICINE BOW AVE
FOUNTAIN, CO 80817

Soc Sec #: XXX-XX-XXXX    Employee ID: BEST
Hire Date: 03/23/15
Status:
Filing Status:
Federal: Married, 3
State: CO, Married, 3
Dept: 1000

Pay Period: 04/20/15 to 04/26/15
Check Date: 05/01/15    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 3108 | 811.88 | 3852.78 |
| Net Pay | 811.88 | 3852.78 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 40.00 | 25.0000 | 1000.00 | 181.25 | 4531.25 |
| MED125 | | | -15.23 | | -15.23 |
| HOURS WORKED | 40.00 | | | 181.25 | |
| ADJ EARNINGS | | | 984.77 | | 4516.02 |
| GROSS EARNINGS | 40.00 | | 1000.00 | 181.25 | 4531.25 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TRAVEL REIMUBUR | | -99.00 |
| TOTAL | 0.00 | -99.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 70.55 | 299.76 |
| OASDI | 61.06 | 280.00 |
| MEDICARE | 14.28 | 65.48 |
| STATE W/H CO | 27.00 | 117.00 |
| TOTAL | 172.89 | 762.24 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 811.88 | 3852.78 |

*Payrolls by Paychex, Inc.*

0465-E269 BARKWOOD ▪ 333 PERRY ST SUITE 210 ▪ CASTLE ROCK CO 80104 ▪

## PERSONAL AND CHECK INFORMATION

STEPHEN BEERS
6940 MEDICINE BOW AVE
FOUNTAIN, CO 80817

Soc Sec #: XXX-XX-XXXX   Employee ID: BEST
Hire Date: 03/23/15
Status:
Filing Status:
Federal: Married, 3
State: CO, Married, 3
Dept: 1000

Pay Period: 04/27/15 to 05/03/15
Check Date: 05/08/15   Check #: Direct Deposit

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 3108 | 751.22 | 4604.00 |
| Net Pay | 751.22 | 4604.00 |

## EARNINGS

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 40.00 | 25.9200 | 1036.80 | 221.25 | 5568.05 |
| MED125 | | | -135.63 | | -150.86 |
| HOURS WORKED | 40.00 | | | 221.25 | |
| ADJ EARNINGS | | | 901.17 | | 5417.19 |
| GROSS EARNINGS | 40.00 | | 1036.80 | 221.25 | 5568.05 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TRAVEL REIMUBUR | | -99.00 |
| TOTAL | 0.00 | -99.00 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 58.01 | 357.77 |
| OASDI | 55.87 | 335.87 |
| MEDICARE | 13.07 | 78.55 |
| STATE W/H CO | 23.00 | 140.00 |
| TOTAL | 149.95 | 912.19 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 751.22 | 4604.00 |

*Payrolls by Paychex, Inc.*

0465-E269 BARKWOOD ▪ 333 PERRY ST SUITE 210 ▪ CASTLE ROCK CO 80104 ▪

**PERSONAL AND CHECK INFORMATION**

STEPHEN BEERS
6940 MEDICINE BOW AVE
FOUNTAIN, CO 80817

Soc Sec #: XXX-XX-XXXX    Employee ID: BEST
Hire Date: 03/23/15
Status:
Filing Status:
Federal: Married, 3
State: CO, Married, 3
Dept: 1000

Pay Period: 05/04/15 to 05/10/15
Check Date: 05/15/15    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING NET - 3108 | 751.22 | 5355.22 |
| Net Pay | 751.22 | 5355.22 |

**EARNINGS**

| DESCRIPTION | HRS/ UNITS | RATE | CURRENT ($) | YTD HRS/ UNITS | YTD ($) |
|---|---|---|---|---|---|
| REGULAR | 40.00 | 25.9200 | 1036.80 | 261.25 | 6604.85 |
| MED125 | | | -135.63 | | -286.49 |
| | | | | | |
| HOURS WORKED | 40.00 | | | 261.25 | |
| ADJ EARNINGS | | | 901.17 | | 6318.36 |
| GROSS EARNINGS | 40.00 | | 1036.80 | 261.25 | 6604.85 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TRAVEL REIMUBUR | | -99.00 |
| TOTAL | 0.00 | -99.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 58.01 | 415.78 |
| OASDI | 55.87 | 391.74 |
| MEDICARE | 13.07 | 91.62 |
| STATE W/H CO | 23.00 | 163.00 |
| TOTAL | 149.95 | 1062.14 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 751.22 | 5355.22 |

Payrolls by Paychex, Inc.

0465-E269 BARKWOOD ▪ 333 PERRY ST SUITE 210 ▪ CASTLE ROCK CO 80104 ▪

American Express
PO Box 650448
Dallas, TX  75265-0448


Amerifirst Home Improvement Finance
11171 Mill Valley Rd
Omaha, NE  68154-3933


Amerifirst Home Improvement Financial
11171 Mill Valley Rd
Omaha, NE  68154-3933


Bay Industries Inc.
PO Box 9229
Green Bay, WI  54308-9229


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT  84130-0285


Capital One Bank USA NA
15000 Capital One Dr
Richmond, VA  23238-1119


Care Credit/GE Capital Retail Bank
PO Box 965033
Orlando, FL  32896-5033

Catherine Fry
Colorado Springs, CO  80913


CenturyLink
PO Box 29040
Phoenix, AZ  85038-9040


Chase/Amazon
PO Box 15298
Wilmington, DE  19850-5298


Chexsystems
Attn.: Customer Relations
7805 Hudson Rd Ste 100
Saint Paul, MN  55125-1595


Colorado Department of Revenue
1375 Sherman St Rm 101
Denver, CO  80261-3000


Comenity Bank/Pier 1
4590 E Broad St
Columbus, OH  43213-1301


E.J. Bartell's
PO Box 954
Spokane, WA  99210-0954

E.J. Bartell's
700 Powell Ave SW
Renton, WA  98057-2911


Elan Financial Service
777 E Wisconsin Ave
Milwaukee, WI  53202-5300


Ent Federal Credit Uni
PO Box 15819
Colorado Springs, CO  80935-5819


Ent Federal Credit Union
PO Box 6354
Fargo, ND  58125-6354


Equifax Information Service
PO Box 105285
Atlanta, GA  30348-5285


Experian
PO Box 2002
Allen, TX  75013-2002


Fastest
PO Box 20843
Wichita, KS  67208-6843

Fed Loan Services
PO Box 60610
Harrisburg, PA  17106-0610


Fed Loan-US Dept Education
PO Box 69184
Harrisburg, PA  17106-9184


Gecrb/Care Credit
Attn: bankruptcy
PO Box 103104
Roswell, GA  30076-9104


HD Supply White Cap
501 W Church St
Orlando, FL  32805-2247


HD Supply White Cap
PO Box 4852
Orlando, FL  32802-4852


Internal Revenue Service
PO Box 7704
San Francisco, CA  94120-7704


MacArthur Co
2400 Wycliff St
Saint Paul, MN  55114-1220

MacArthur Co
PO Box 1450
Minneapolis, MN  55485-1450


Navient
PO Box 9655
Wilkes Barre, PA  18773-9655


Navient (Sallie Mae)
PO Box 9500
Wilkes Barre, PA  18773-9500


Pier 1 Imports
Customer Service
PO Box 182273
Columbus, OH  43218-2273


Public Service Company
7055 E Evans Ave
Denver, CO  80224-2403


Rely Taxes and Accounting
Linda Brousseau
52 Widefield Blvd
Colorado Springs, CO  80911-2125


Security Service Fcu
16211 La Cantera Pkwy
San Antonio, TX  78256-2419

```
Security Service-Ins
PO Box 691510
San Antonio, TX  78269-1510


Sunstate Equipment Co
PO Box 52581
Phoenix, AZ  85072-2581


Superior Plus Construction Products Corp
6300 E 39th Ave
Denver, CO  80207-1333


Synchrony Bank/Care Credit
C/o
PO Box 965036
Orlando, FL  32896-5036


Td Auto Finance
PO Box 9223
Farmington Hills, MI  48333-9223


Trans Union
PO Box 2000
Chester, PA  19016-2000


Tucker, Albin & Associates, Inc.
1702 N Collins Blvd Ste 100
Richardson, TX  75080-3662
```

```
US Bank
4325 17th Ave S
Fargo, ND  58125-6200


US Bank
Card Member Services
PO Box 6335
Fargo, ND  58125-6335


US Bank Home Mortgage
4801 Frederica St
Owensboro, KY  42301-7441


Verizon
PO Box 660108
Dallas, TX  75266-0108
```

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## District of Colorado, Denver Division

IN RE:                                                    Case No. _____

**Beers, Stephen Joseph** _____     Chapter **7** _____
                          Debtor(s)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
### CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: ***/s/ Stephen J. Beers*** _____

Date: **July  3, 2015** _____

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Certificate Number: 15725-CO-CC-025306216

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

15725-CO-CC-025306216

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 3, 2015</u>, at <u>8:27</u> o'clock <u>PM EDT</u>, <u>Stephen Beers</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>April 3, 2015</u>                    By:     <u>/s/Martha Estrellado</u>

                                              Name:   <u>Martha Estrellado</u>

                                              Title:   <u>Issuer</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## District of Colorado, Denver Division

IN RE:                                                    Case No. _____

**Beers, Cynthia Lee** _____     Chapter **7** _____
                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Cynthia L. Beers** _____

Date: **July  3, 2015** _____

© 2015 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Certificate Number: 15725-CO-CC-025306215

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

15725-CO-CC-025306215

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 3, 2015</u>, at <u>8:27</u> o'clock <u>PM EDT</u>, <u>Cynthia Beers</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Colorado</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>April 3, 2015</u>            By:   <u>/s/Martha Estrellado</u>

Name:   <u>Martha Estrellado</u>

Title:   <u>Issuer</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

<table>
<tr><td>

**Fill in this information to identify your case:**

Debtor 1    **Stephen Joseph Beers**
        First Name      Middle Name      Last Name

Debtor 2    **Cynthia Lee Beers**
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **District of Colorado, Denver Division**

Case number _____
(If known)

</td></tr>
</table>

**Check one box only as directed in this form and in Form 22A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 22A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

---

## Official Form 22A—1

# Chapter 7 Statement of Your Current Monthly Income

12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 22A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A*<br>Debtor 1 | *Column B*<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ **2,005.92** | $ **0.00** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ **0.00** | |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ **0.00** | $ **0.00** |

5. **Net income from operating a business, profession, or farm**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | | |
| Ordinary and necessary operating expenses | – $ **0.00** | | |
| Net monthly income from a business, profession, or farm | $ **0.00**   Copy here➜ | $ **0.00** | $ **0.00** |

6. **Net income from rental and other real property**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ **0.00** | | |
| Ordinary and necessary operating expenses | – $ **0.00** | | |
| Net monthly income from rental or other real property | $ **0.00**   Copy here➜ | $ **0.00** | $ **0.00** |

| 7. | **Interest, dividends, and royalties** | $ **0.00** | $ **0.00** |
|---|---|---|---|

Debtor 1    **Stephen Joseph Beers** _____    Case number *(if known)*_____

        First Name      Middle Name      Last Name

|  | *Column A*<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | $_____0.00 | $_____0.00 |

    Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ............................⬇

      For you ....................................................... $_____ **0.00**

      For your spouse........................................... $_____ **0.00**

| | | |
|---|---|---|
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $_____0.00 | $_____0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount.
    Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total on line 10c.

    10a. _____    $_____    $_____

    10b. _____    $_____    $_____

    10c. Total amounts from separate pages, if any.    +$_____**0.00**    +$_____**0.00**

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

    $ **2,005.92**  +  $ **0.00**  =  $ **2,005.92**
                                                 Total current monthly income

**Part 2:**   Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a.  Copy your total current monthly income from line 11........................................................ **Copy line 11 here➔** 12a.   $ **2,005.92**

           Multiply by 12 (the number of months in a year).                           **x 12**

    12b.  The result is your annual income for this part of the form.         12b.   $ **24,071.04**

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.          **Colorado**

    Fill in the number of people in your household.          **2**

    Fill in the median family income for your state and size of household. ...............................................13.   $ **68,218.00**

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
           Go to Part 3.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 22A-2.*
           Go to Part 3 and fill out Form 22A-2.

**Part 3:**   Sign Below

    By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

    ✗ **/s/ Stephen J. Beers** _____        ✗ **/s/ Cynthia L. Beers** _____
       Signature of Debtor 1                               Signature of Debtor 2

    Date **July 3, 2015** _____                     Date **July 3, 2015** _____
        MM / DD  / YYYY                                MM / DD  / YYYY

    If you checked line 14a, do NOT fill out or file Form 22A-2.

    If you checked line 14b, fill out Form 22A-2 and file it with this form.