IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br>**Stephen Joseph Beers**<br>SSN: XXX-XX-3082<br>and<br>**Cynthia Lee Beers**<br>SSN: XXX-XX-9277<br><br>**Debtors.** | ) <br>) Case No. 15-17425-TBM<br>)<br>) Chapter 7<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE AND REQUEST FOR ALL PLEADINGS AND RESERVATION RIGHTS

The law firm of ARNOLD & ARNOLD, LLP, hereby enters its appearance in this Chapter 7 proceeding as counsel for and on behalf of creditor and party-in-interest MacArthur Co. (the "Creditor") herein. It is requested that copies of all pleadings and notices, including, but not limited to, any proposed plan and disclosure statement, be delivered to undersigned counsel at the following address:

> Joshua T. Keltner, Esq.
> Arnold & Arnold, LLP
> Attorneys at Law
> 7691 Shaffer Parkway, Suite A
> Littleton, CO 80127

Neither this Entry of Appearance nor any subsequent appearance, pleadings, claims, or suits are intended to waive (1) the Creditor's rights to have final orders in non-core matters entered only after de novo review by a district judge, (2) the Creditor's rights to trial by jury in any proceeding so triable herein, or in any cases, controversies or proceedings related hereto, (3) the Creditor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditor is or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Creditor expressly reserves.

Dated this 10th day of August, 2015.

ARNOLD & ARNOLD, LLP
Attorneys at Law

By: _____
JOSHUA T. KELTNER, #44697
*Attorneys for Creditor*
MacArthur Co.
7691 Shaffer Parkway, Suite A
Littleton, CO 80127
720-962-6010 Fax: 720-962-6011
joshkeltner@arnoldarnold.com

## CERTIFICATE OF MAILING

The undersigned certifies that a true and correct copy of the forgoing was served by first class mail or electronically, postage prepaid this ~~10th~~ 13th day of August, 2015 addressed as follows:

Robert J. Doig
2985 Broadmoor Valley Rd., Ste. 4
Colorado Springs, CO 80906
*Debtor*

Robert B. Cohen
1720 S. Bellaire St., Ste. 205
Denver, CO 80222
*Bankruptcy Trustee*

US Trustee
Byron G. Rogers Federal Building
1961 Stout St., Ste. 12-200
Denver, CO 80294
*U.S. Trustee*

_____
Vicki Van Sittert, Paralegal

2