IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee**     Case No. **15-bk-17425**
Debtor(s)      (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1009** <br> **American Express** <br> **PO Box 650448** <br> **Dallas, TX 75265-0448** | | H | Credit Card | | | | 1,998.77 |
| ACCOUNT NO. **9680** <br> **Bay Industries Inc.** <br> **PO Box 9229** <br> **Green Bay, WI 54308-9229** | | H | Charge Account <br> 2015-03-16 | | | | 63,385.28 |
| ACCOUNT NO. **6148** <br> **Capital One Bank USA NA** <br> **15000 Capital One Dr** <br> **Richmond, VA 23238-1119** | | H | Revolving account <br> 2004-11-01 | | | | 7,035.00 |
| ACCOUNT NO. <br> **Capital One** <br> **Attn: Bankruptcy** <br> **PO Box 30285** <br> **Salt Lake City, UT 84130-0285** | | | Assignee or other notification for: <br> Capital One Bank USA NA | | | | |

**6** continuation sheets attached

Subtotal (Total of this page)   $ **72,419.05**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee**            Case No. **15-bk-17425**
                             Debtor(s)                                                          (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1642**<br>**Capital One Bank USA NA**<br>**15000 Capital One Dr**<br>**Richmond, VA  23238-1119** | | H | Revolving account<br>2011-05-01 | | | | 1,153.00 |
| ACCOUNT NO.<br>**Capital One**<br>**Attn: Bankruptcy**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | | | Assignee or other notification for:<br>Capital One Bank USA NA | | | | |
| ACCOUNT NO.<br>**Catherine Fry**<br>**Colorado Springs, CO  80913** | | J | Personal Loan | | | | 3,000.00 |
| ACCOUNT NO. **6485**<br>**Chase/Amazon**<br>**PO Box 15298**<br>**Wilmington, DE  19850-5298** | | W | Credit Card | | | | 0.00 |
| ACCOUNT NO. **6986**<br>**Comenity Bank/Pier 1**<br>**4590 E Broad St**<br>**Columbus, OH  43213-1301** | | W | Revolving account<br>2013-12-01 | | | | 255.00 |
| ACCOUNT NO.<br>**Pier 1 Imports**<br>**Customer Service**<br>**PO Box 182273**<br>**Columbus, OH  43218-2273** | | | Assignee or other notification for:<br>Comenity Bank/Pier 1 | | | | |
| ACCOUNT NO. **8425**<br>**E.J. Bartell's**<br>**PO Box 954**<br>**Spokane, WA  99210-0954** | | J | Charge Account | | | | 22,336.88 |

Sheet no. ___**1**___ of ___**6**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **26,744.88**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.  Case:15-17425-TBM  Doc#:29  Filed:01/18/16  Entered:01/18/16 16:10:04  Page3 of 7

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee**                           Case No. **15-bk-17425**
                                    Debtor(s)                                                        (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**E.J. Bartell's**<br>**700 Powell Ave SW**<br>**Renton, WA  98057-2911** | | | **Assignee or other notification for:**<br>**E.J. Bartell's** | | | | |
| ACCOUNT NO. **4845**<br>**Elan Financial Service**<br>**777 E Wisconsin Ave**<br>**Milwaukee, WI  53202-5300** | | W | **Revolving account**<br>**2011-05-01** | | | | **3,812.00** |
| ACCOUNT NO.<br>**Ent Federal Credit Union**<br>**PO Box 6354**<br>**Fargo, ND  58125-6354** | | | **Assignee or other notification for:**<br>**Elan Financial Service** | | | | |
| ACCOUNT NO. **0500**<br>**Ent Federal Credit Uni**<br>**PO Box 15819**<br>**Colorado Springs, CO  80935-5819** | | J | **Revolving account**<br>**2007-03-01** | | | | **1,750.00** |
| ACCOUNT NO. **0005**<br>**Fed Loan Services**<br>**PO Box 60610**<br>**Harrisburg, PA  17106-0610** | | W | **Installment account**<br>**2012-07-01** | | | | **33,839.00** |
| ACCOUNT NO. **0002**<br>**Fed Loan Services**<br>**PO Box 60610**<br>**Harrisburg, PA  17106-0610** | | W | **Installment account**<br>**2008-11-01** | | | | **23,529.00** |
| ACCOUNT NO.<br>**Fed Loan-US Dept Education**<br>**PO Box 69184**<br>**Harrisburg, PA  17106-9184** | | | **Assignee or other notification for:**<br>**Fed Loan Services** | | | | |

Sheet no. __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **62,930.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee**                    Case No. **15-bk-17425**
             Debtor(s)                                                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0003** <br> **Fed Loan Services** <br> **PO Box 60610** <br> **Harrisburg, PA  17106-0610** | | W | Installment account <br> 2009-10-01 | | | | 9,429.00 |
| ACCOUNT NO. **0006** <br> **Fed Loan Services** <br> **PO Box 60610** <br> **Harrisburg, PA  17106-0610** | | W | Installment account <br> 2012-07-01 | | | | 8,117.00 |
| ACCOUNT NO. **0004** <br> **Fed Loan Services** <br> **PO Box 60610** <br> **Harrisburg, PA  17106-0610** | | W | Installment account <br> 2012-07-01 | | | | 6,579.00 |
| ACCOUNT NO. **0001** <br> **Fed Loan Services** <br> **PO Box 60610** <br> **Harrisburg, PA  17106-0610** | | W | Installment account <br> 2008-11-01 | | | | 4,369.00 |
| ACCOUNT NO. **0008** <br> **Fed Loan Services** <br> **PO Box 60610** <br> **Harrisburg, PA  17106-0610** | | W | Installment account <br> 2012-07-01 | | | | 3,942.00 |
| ACCOUNT NO. **0007** <br> **Fed Loan Services** <br> **PO Box 60610** <br> **Harrisburg, PA  17106-0610** | | W | Installment account <br> 2012-07-01 | | | | 3,105.00 |
| ACCOUNT NO. **3000** <br> **HD Supply White Cap** <br> **501 W Church St** <br> **Orlando, FL  32805-2247** | | H | Charge Account <br> 2014-01-02 | | | | 22,336.88 |

Sheet no. ___**3**___ of ___**6**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  $ **57,877.88**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee**     Case No. **15-bk-17425**
                           Debtor(s)                                            (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**HD Supply White Cap**<br>**PO Box 4852**<br>**Orlando, FL 32802-4852** | | | **Assignee or other notification for:**<br>**HD Supply White Cap** | | | | |
| ACCOUNT NO.<br>**Jaime Chaparro**<br>**4825 Astrozon Blvd Lot 59A**<br>**Colorado Springs, CO 80916-2656** | | J | **Personal Loan**<br><br>**2013** | | | | **10,500.00** |
| ACCOUNT NO. **0359**<br>**MacArthur Co**<br>**2400 Wycliff St**<br>**Saint Paul, MN 55114-1220** | | H | **Settlement for Invoices** | | | | **77,174.38** |
| ACCOUNT NO.<br>**MacArthur Co**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-1450** | | | **Assignee or other notification for:**<br>**MacArthur Co** | | | | |
| ACCOUNT NO.<br>**Tucker, Albin & Associates, Inc.**<br>**1702 N Collins Blvd Ste 100**<br>**Richardson, TX 75080-3662** | | | **Assignee or other notification for:**<br>**MacArthur Co** | | | | |
| ACCOUNT NO. **0620**<br>**Navient**<br>**PO Box 9655**<br>**Wilkes Barre, PA 18773-9655** | | H | **Installment account**<br>**2007-06-01** | | | | **9,170.00** |
| ACCOUNT NO. **5370**<br>**Navient**<br>**PO Box 9655**<br>**Wilkes Barre, PA 18773-9655** | | J | **Installment account**<br>**2006-10-01** | | | | **7,785.00** |

Sheet no. ____**4**____ of ____**6**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **104,629.38**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee**                    Case No. **15-bk-17425**
                              Debtor(s)                                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1641** <br> **Navient (Sallie Mae)** <br> **PO Box 9500** <br> **Wilkes Barre, PA 18773-9500** | | J | **Student Loan** | | | | **12,367.07** |
| ACCOUNT NO. **1635** <br> **Sunstate Equipment Co** <br> **PO Box 52581** <br> **Phoenix, AZ 85072-2581** | | H | **Charge Account** | | | | **7,344.45** |
| ACCOUNT NO. **9281** <br> **Superior Plus Construction Products Corp** <br> **6300 E 39th Ave** <br> **Denver, CO 80207-1333** | | J | **Charge Account** <br> **04/2010** | | | | **12,278.88** |
| ACCOUNT NO. **7373** <br> **Synchrony Bank/Care Credit** <br> **C/o** <br> **PO Box 965036** <br> **Orlando, FL 32896-5036** | | W | **Revolving account** <br> **2011-10-01** | | | | **3,709.00** |
| ACCOUNT NO. <br> **Gecrb/Care Credit** <br> **Attn: bankruptcy** <br> **PO Box 103104** <br> **Roswell, GA 30076-9104** | | | **Assignee or other notification for:** <br> **Synchrony Bank/Care Credit** | | | | |
| ACCOUNT NO. <br> **Care Credit/GE Capital Retail Bank** <br> **PO Box 965033** <br> **Orlando, FL 32896-5033** | | | **Assignee or other notification for:** <br> **Synchrony Bank/Care Credit** | | | | |
| ACCOUNT NO. **0655** <br> **US Bank** <br> **4325 17th Ave S** <br> **Fargo, ND 58125-6200** | | J | **Revolving account** <br> **2011-04-01** | | | | **2,772.00** |

Sheet no. _____**5**_ of _____**6**_____ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page) $ **38,471.40**

Total  
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE **Beers, Stephen Joseph & Beers, Cynthia Lee**          Case No. **15-bk-17425**
             Debtor(s)                                                      (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **US Bank** <br> **Card Member Services** <br> **PO Box 6335** <br> **Fargo, ND  58125-6335** | | | **Assignee or other notification for:** <br> **US Bank** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**6**___ of ___**6**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ **363,072.59**

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)