Local Bankruptcy Form 1009-1.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:
**Stephen Joseph Beers**
**Cynthia Lee Beers**

Debtor(s).

Case no. 15-17425-TBM

Chapter 7

## NOTICE OF AMENDMENT OF SCHEDULE OF DEBTS AND/OR ADDITION OF CREDITOR

You are hereby notified that the debtor has filed amended schedules of debt to include the creditor/party listed below or on the attachment.

1. Creditor/Party:  Jaime Chaparro, 4825 Astrozon Blvd., Lot 59A, Colorado Springs, CO 80916

2. Claim or Interest: $10,500.00 claimed for personal loan in 2013

3. This claim has been scheduled as (one box must be checked):
   [ ] secured - Schedule D;
   [ ] priority - Schedule E;
   [X] general unsecured - Schedule F;
   [ ] executory contract or unexpired lease - Schedule G; or
   [ ] co-debtor - Schedule H.

4. Trustee name and address, if one has been appointed: Robertson B. Cohen, Esq., 1720 S. Bellaire St., Ste. 205, Denver, CO 80222

Dated: January 18, 2016

/s/ Robert J. Doig
Robert J. Doig, #27983
Attorney for Debtor(s)
Robert James Doig, LLC
2985 Broadmoor Valley Road, Suite 4
Colorado Springs, CO 80906
719 227-8787  Office
719 325-8355  Fax
rjdoig@comcast.net