UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:<br><br>STEPHEN JOSEPH BEERS<br>SSN: xxx-xx-3082<br><br>and<br><br>CYNTHIA LEE BEERS<br>SSN: xxx-xx-9277<br><br>           Debtors. | Case No. 15-17425 TBM<br>Chapter 7 |

**ORDER FOR TURNOVER**

Upon the Trustee's Motion for Turnover of Vehicles and it appearing that the relief requested is appropriate under the circumstances it is

ORDERED that the Debtor shall forthwith turnover the 1976 Chevrolet C20 Pick Up and 1994 Harley Davidson Electraglide to the Trustee.

DATED:  July 5, 2016

BY THE COURT

_____
UNITED STATES BANKRUPTCY JUDGE